## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:                                                        CHAPTER 13 CASE NO:

MARION COLLINS                                                    23-12578-JDW
31 AMBER CIRCLE
BYHALIA, MS 38611

---

### NOTICE TO DEBTOR

---

NOTICE is hereby given that your plan payment will change from **$1,180.50 monthly** to **$1,313.50 monthly** effective in **11/2023**.  The previous plan payment of **$1,180.50 monthly** will be due for **10/2023.**

The reason for the changes in your plan payment is:

_____  Due to a change in your monthly mortgage payment.

__xx__  Due to a claim being filed for a different amount than scheduled.

_____  Due to entry of an order.

_____  Other: _____

**If you are paying by automatic draft**, please be sure there are sufficient funds in your account to satisfy the new payment.

**If you are paying via TFS**, it is your responsibility to update the payment amount via the TFS website.

**If you are paying direct**, please be aware that the Trustee does not accept personal checks.  You can remit payments online through https://tfsbillpay.com or mail guaranteed funds, in the form of a cashier's check or money order with your case number & last name in the description line, to:

Locke D. Barkley, Chapter 13 Trustee
P.O. Box 1859
Memphis, TN 38101

Should you have any questions concerning this, please contact your attorney.

Date:  October 6, 2023

Sincerely,

/s/Locke D. Barkley
Chapter 13 Trustee

CC:     JONES & SCHNELLER
        PO BOX 417
        HOLLY SPRINGS, MS 38635-0417

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and I hereby certify that I either mailed by United States Postal Service, first class, postage prepaid, or electronically notified through the CM/ECF system, a copy of the above and foregoing to the Debtor, attorney for the Debtor, the United States Trustee, and other parties in interest, if any, as identified below.

Date:  October 6, 2023

/s/ Locke D. Barkley
LOCKE D. BARKLEY
CHAPTER 13 TRUSTEE